UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Z.B., by his mother and next friend, TARA KILMER, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AMMONOOSUC COMMUNITY HEALTH SERVICES, INC., et al., | ) ) ) ) |
| Defendants. | ) |

Civil No. 03-540-JM (NH)
Civil No. 04-34-P-S (ME)

**ORDER ON PLAINTIFF'S MOTION FOR APPROVAL OF MINOR SETTLEMENT**

Before the Court is Plaintiff's Motion to Seal Confidential Documents (D. Me. Docket # 97), Plaintiff's Motion for Approval of Minor's Settlement (D. Me. Docket # 98), and Plaintiff's Motion for Equitable Apportionment Pursuant to New Hampshire R.S.A. 167:14-a IV (D. Me. Docket # 99).

With respect to Plaintiff's Motion for Equitable Apportionment (D. Me. Docket # 99), this Motion is now MOOT in light of the Stipulation for Resolution of Disputed Medicaid Lien (D. Me. Docket # 104).

Turning to the Settlement, the Court hereby GRANTS both Plaintiff's Motion to Seal Confidential Documents (D. Me. Docket # 97) and Plaintiff's Motion for Approval of Minor's Settlement (D. Me. Docket # 98). The Court's approval of the settlement comes following a thorough review of the Plaintiff's submissions in support of approval of the minor's settlement. Based on this review, the Court concludes the settlement is fair, in the best interest of Z.B., and otherwise satisfies the requirements of District of New Hampshire Local Rule 17.1 and New Hampshire R.S.A. § 464-A:42.

SO ORDERED.

_____
Chief U.S. District Judge

Dated this 19th day of August 2005.